Judge G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOWN OF EATONVILLE, a Washington municipal corporation,

                    Plaintiff,

     v.

MOUNTAIN CREST HOMES, LLC, a Washington limited liability company; IRONSHORE INDEMNITY INC., an Illinois corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; LEXON INSURANCE COMPANY, a Texas company; SOMPO INTERNATIONAL HOLDINGS LTD., a foreign company,

                    Defendants.

NO.  3:26-cv-05443

ORDER OF REMAND TO PIERCE COUNTY SUPERIOR COURT

[CLERK'S ACTION REQUIRED]

In accordance with the Stipulated Motion for Remand, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.     The Parties' Stipulated Motion for Remand is GRANTED;

2.     This action is hereby REMANDED to the Superior Court of the State of Washington for Pierce County, Cause No. 25-2-12873-9;

3.     Each party shall bear its own attorneys' fees and costs in connection with these removal and remand proceedings;

Order of Remand - Page 1

**FRIEDRICH & DISHAW, PLLC**
92 Lenora Street, Suite 119
Seattle, Washington 98121
Tel: 206-360-7655

{CSP4899-9936-1197;2/13225.000002/}

4.    Pursuant to 28 U.S.C. § 1447(c), the Clerk is directed to mail a certified copy of this Order to the Clerk of the Superior Court of the State of Washington for Pierce County.

DATED this 20th day of May, 2026

_____
UNITED STATES DISTRICT JUDGE
DAVID G. ESTUDILLO

**PRESENTED BY:**

**FRIEDRICH & DISHAW, PLLC**

/s/Paul K. Friedrich
Paul K. Friedrich, WSBA No. 43080
Friedrich & Dishaw, PLLC
92 Lenora Street, #119
Seattle, WA 98121
Tel: 206-360-7654
Email: paulf@fdlawpllc.com

*Attorneys for Defendant Ironshore Indemnity Inc.*

**OGDEN MURPHY WALLACE, PLLC**

/s/Cynthia S. Park
Athan E. Tramountanas, WSBA No. 29248
Cynthia S. Park, WSBA No. 58012
Ogden Murphy Wallace, PLLC
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Tel: (206) 447-7000
Email: orey@omwlaw.com
Email: cpark@omwlaw.com

*Attorneys for the Town of Eatonville*

Order of Remand - Page 2

{CSP4899-9936-1197;2/13225.000002/}